**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

PINNACLE GROUP, LLC             CASE NO. 19-13519-JKO
                                                          CHAPTER 11
      Debtor.
_____/

**EXPEDITED MOTION FOR ORDER APPROVING
PAYMENT OF PREPETITION WAGES
REQUEST FOR EMERGENCY HEARING**

**EXPEDITED HEARING REQUESTED**

**Debtor requests an expedited hearing on or before Thursday, March 21, 2019 as the Debtor's payroll is issued on Monday, March 25, 2019 and the employees are a critical component of the Debtor's operation.**

PINNACLE GROUP, LLC, Debtor-in-Possession, by and through undersigned counsel, hereby moves for the entry of an Order authorizing the payment of prepetition wages for employees, and as grounds therefore states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 on March 19, 2019.

2. Debtor is a seller of auto parts.

3. Debtor was forced to file on an emergency basis due to cash flow issues.

4. As of the date of the filing of original petition herein, Debtor owes wages to its employees for the period from March 1, 2019 through March 15, 2019 in the amount of approximately $32,000.00, together with all payroll tax liability thereon, which payroll is issued on March 25, 2019 attached hereto as Exhibit "A".

5. Debtor also owes payment to subcontractors as follows: Hull Sales, service provided from March 1, 2019 through March 31, 2019. Because they are on commission,

it has not yet been calculated. Midnight Trading, service provided from March 1, 2019 through March 31, 2019. Because they are on commission, it has not yet been calculated. Hulls Sales and Midnight Trading are paid on the 10th of each month.

6. Debtor requires these key employees, who are necessary to operate the business in order to generate cash for the Estate. Attached is a brief description of the employees duties as Exhibit "B". All of the employees are vital to Debtor's operation.

7. Attached is a listing of the payroll payments Debtor seeks approval to pay. Debtor also seeks approval to pay any checks returned from the previous payroll and transition to the DIP account.

8. Debtor's good faith belief is that many of these employees will resign if their payroll is not honored and that even among remaining employees, morale would deteriorate such that reorganization efforts would be significantly impeded. It is essential, therefore, that these employees be paid in order to ensure their continued employment with Debtor-in-Possession.

WHEREFORE, Debtor requests this Court schedule an expedited hearing and enter an Order authorizing the payment of prepetition wages and grant such other and further relief as may be just and proper.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all parties enumerated on the attached lists, this the 19th day March, 2019.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
     JORDAN L. RAPPAPORT, ESQ.
     FL Bar No. 108022

```
Label Matrix for local noticing          Pinnacle Group, LLC                      A and M Tape and Packaging
113C-0                                   5205 NW 108 Avenue                       5201 Nob Hill Rd.
Case 19-13519-JKO                        Sunrise, FL 33351-8044                   Sunrise, FL 33351-4713
Southern District of Florida
Fort Lauderdale
Tue Mar 19 14:36:13 EDT 2019

AAA Cooper Transportation                AT and T                                 Alltrans Freight and Logistics LLC
POB 935003                               POB 105262                               POB 16408
ATLANTA, GA 31193-5003                   Atlanta, GA 30348-5262                   Dubai, UAE


American Express                         Atlantic Import and Export Corp          Atlantic Rack
POB 53852                                220-B Meister Ave                        5255 NW 163rd St
Pheonix, AZ 85072-3852                   Branchburg, NJ 08876-6045                Miami Gardens, FL 33014-6225


Bad Ass Battery                          Bottom Line Parts                        Ceva International Inc - MIA
3417 Newgate St                          7164 NW 66th Ter                         POB 660367
Midlothian, TX 76065-8719                Parkland, FL 33067-4737                  Carol Stream, IL 60132-2309


Coral Springs International              Crossroads Financial Group, LLC          Dallas Container Corp.
12175 NW 39th                            200 S College St, #1400                  8330 Endicott Ln
Coral Springs, Florida 33065-2518        Charlotte, NC 28202-2098                 Dallas, TX 75227-2305


Dependable Packaging                     Diligent Delivery Systems                FPL - Sunrise
5255 NW 159th St                         POB 4168                                 FPL General Mail Facility
Miami Gardens, FL 33014-6217             Houston, TX 77210-4168                   Miami, FL 33188-0001


Flexential                               Franchise Tax Board                      Fremont Automobile Dealership, LLC
POB 530619                               POB 942857                               dba Fremont Toyota
Atlanta, GA 30353-0619                   Sacramento, CA 94257-2021                c/o Berliner Cohen, LLP
                                                                                  10 Almaden Blvd. 11th FL
                                                                                  San Jose, CA 95113-2226


Fremont Toyota                           Genuine Parts Warehouse                  GlobalTranz Enterprises, Inc
5851 Cushing Pkwy                        32920 Alvarado-Niles Rd #200             POB 203285
Fremont, CA 94538-3291                   Union City, CA 94587-8102                Dallas, TX 75320-3285


Internal Revenue Service                 James Campbell Company, LLC              LANDSTAR RANGER
Central Insolvency Operation             POB 83164                                POB 784293
POB 7346                                 Chicago, IL 60691-0164                   Philadelphia, PA 19178-4293
Philadelphia, PA 19101-7346


LSQ Funding Group, LC                    Landsberg - Dallas                       Lilly and Associates Int'l
2600 Lucien Way, #100                    POB 731575                               11440 NW 122nd St
Maitland, FL 32751-7064                  Dallas, TX 75373-1575                    Medley, FL 33178-3260
```

| | | |
|---|---|---|
| Maersk Line<br>9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PREMIER WEST, LLC<br>12490 MAGNOLIA AVE., SUITE G<br>RIVERSIDE, CA 92503-4719 |
| Peopleready<br>1015 'A' St<br>Tacoma, WA 98402-5122 | R and L Carriers<br>POB 10020<br>Port William, OH 45164-2000 | REYNA CAPITAL CORPORATION<br>21175 Network Pl<br>CHICAGO, IL 60673-1211 |
| RR Donnelley Logistics Services Worldwid<br>POB 932721<br>Cleveland, OH 44193-0015 | Rayna Capital<br>One Reynolds Way<br>Ketterings, OH 45430-1586 | Republic Services 794<br>POB 78829<br>Phoenix, AZ 85062-8829 |
| Reynolds and Reynolds Company<br>POB 182206<br>COLUMBUS, OH 43218-2206 | SAIA<br>POB 730532<br>Dallas, TX 75373-0532 | SalSon<br>888 Doremus Ave<br>Newark, NJ 07114-3026 |
| Ship Transportal<br>575 Davidson Gateway<br>Davidson, NC 28036-7035 | Shoppas Material Handling<br>15217 Grand River Rd<br>Ft. Worth, TX 76155-2731 | Small Business Administration<br>POB 740192<br>Atlanta, GA 30374-0192 |
| South Florida Container Terminal<br>9300 Arrowpoint Blvd.<br>Charlotte, North Carolina 28273-8136 | Stride Staffing<br>POB 832920<br>Richardson, TX 75083-2920 | Total Pallet Solutions, LLC<br>POB 12446<br>Fort Worth, TX 76110-8446 |
| Total Quality Logistics<br>POB 634558<br>Cincinnati, OH 45263-4558 | U.S. Small Business Administration<br>SBA Treasury Collection<br>Little Rock Commercial Loan Svcg Ctr<br>2120 Riverfront Dr #100<br>Little Rock, AR 72202-1794 | US Customs and Border Protection<br>POB 53007<br>Atlanta, GA 30355 |
| Uber Freight<br>POB 74007178<br>Chicago, IL 92580-6944 | XPO Logistics Freight, Inc.<br>29559 Network Pl<br>Chicago, IL 60673-1559 | Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53