UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-13519-JKO
CHAPTER 11

PINNACLE GROUP, LLC,

    Debtor.

_____/

**EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO UTILIZE CASH COLLATERAL AND (II) SCHEDULING FINAL HEARING**

**REASON FOR EXIGENCY**

**Debtor seeks immediate authority to use only that amount of cash collateral as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.**

PINNACLE GROUP, LLC,, by and through undersigned counsel, file this Emergency Motion for Interim and Final Orders (i) Authorizing Debtor to Utilize Cash Collateral and (ii) Scheduling Final Hearing (the "Motion") and states as follows:

1.    The Debtor does not concede that any party has a perfected security interest in cash collateral. However for purposes of this Motion and the immediate preliminary hearing, the Debtor will presume that LSQ FUNDING GROUP L.C. (defined below) has an interest in cash collateral and that said interest is first priority.

2.    Debtor needs immediate authority to use the cash collateral to fund Debtor's day-to-day operations and ultimately achieve a successful reorganization. Specifically, Debtor requires the use of cash collateral for the payment of operating expenses, which are reasonable and necessary business expenses that must be paid in order to maintain and preserve its assets and to continue the operation of its business. Debtor currently has no present alternative borrowing source from which it can secure

additional funding to operate its business. In sum, the failure to obtain authorization for the use of the cash collateral will be fatal to Debtor and disastrous to its creditors, both secured and unsecured.

3.  LSQ FUNDING GROUP L.C. may have an interest in the Debtor's cash collateral pursuant to a UCC-1 recorded with the State of Florida. A copy of the foregoing UCC-1 is attached hereto as Exhibit "A." The amount being factored by LSQ FUNDING GROUP L.C. is approximately $750,954.00 in unpaid invoices with $623,169.34 in outstanding funds[1] The collateral that LSQ FUNDING GROUP L.C. is asserting an interest in is all present and future assets of the Debtor. An approximate value of the foregoing collateral is estimated at $750,000.00.[2] Because of the emergency nature of the filing, Debtor can only estimate the value at this time.

4.  Although CROSSROADS FINANCIAL GROUP, LLC has UCC-1 recorded with the State of Florida, that debt has been paid in full and Debtor asserts that CROSSROADS FINANCIAL GROUP, LLC no longer has a valid security interest in any of Debtor's assets. A copy of the UCC-1 is attached as Exhibit "B". Debtor has served CROSSROADS FINANCIAL GROUP, LLC with a copy of this Motion and the Notice in an abundance of caution.

5.  RAPID ADVANCE may have an interest in the Debtor's cash collateral pursuant to a UCC-1 recorded with the State of Florida. A copy of the foregoing UCC-1 is attached hereto as Exhibit "C." However, because LSQ FUNDING GROUP L.C. may be under-secured and/or the UCC-1 applies to an earlier loan which was paid prior to filing,

---

[1] As per an account snapshot from March 19, 2019.
[2] This estimate includes a write down on the value of inventory and receivables plus prepayments to suppliers. Debtor is in the process of preparing more accurate information for its schedules, as well as continuing to investigate the liquidation value of its inventory.

RAPID ADVANCE is not harmed by the Debtor's use of cash collateral and Debtor is serving RAPID ADVANCE with a copy of this Motion and the Notice in an abundance of caution.

6. Debtor proposes to grant LSQ FUNDING GROUP L.C. a replacement lien under §361(2) of the Bankruptcy Code (i) to the extent LSQ FUNDING GROUP L.C.'s cash collateral is used by Debtor, and (ii) to the extent and with the same priority in Debtor's post-petition collateral, and proceeds thereof, that LSQ FUNDING GROUP L.C. holds in Debtor's prepetition collateral.

7. In order to have a chance at reorganizing, the Debtor needs to continue operating. As such, it needs to be able to use the cash in its bank accounts and generated from its account receivables.

8. The Debtor has no alternative source of funding and must be permitted to use its cash to operate its business.

9. Unless this Court authorizes the use of cash collateral, Debtor will be unable to meet its needs, and will be unable to operate its business or have any chance of effectuating a successful reorganization, which will likely force the Debtor to shut down.

10. Undersigned has spoken to counsel for LSQ FUNDING GROUP L.C. and the parties are working to resolve any issues.

WHEREFORE, Debtor, PINNACLE GROUP, LLC, requests this Court to enter an Order Authorizing Use of Cash Collateral, and for such other and further relief as is just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all appearances, creditors and interested parties the attached list this the 20th day of March, 2019.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor in Possession
Squires Building, Suite 203
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY:  /s/
  JORDAN L. RAPPAPORT, ESQ.
    Florida Bar No. 108022

Paradigm Gateway International, Inc and Subsidaries

Monthly proposed budget

|  | Monthly |
|---|---:|
| **Sales** | 675,000 |
| Sales Returns & Allowances | 8,438 |
| Sales Discounts | 1,350 |
| **Total Sales** | 665,213 |
| **Total Cost of Sales** | 455,625 |
| **Gross Profit** | 209,588 |
| Other Income | 3,375 |
| **Total Income** | 212,963 |
| **Expenses:** |  |
| Wages and related taxes | 67,120 |
| Commissions | 18,959 |
| Rent expense | 15,000 |
| LSQ Funding * | 9,500 |
| Insurance | 3,500 |
| Depreciation | 1,000 |
| Leased equipment | 0 |
| Data processing and software | 2,500 |
| Warehouse expenses | 7,000 |
| Advertising/promotion | 9,000 |
| Professional fees | 0 |
| Office expenses | 100 |
| Office supplies | 1,000 |
| Bad debt expense | 1,500 |
| Bank and credit card charges | 2,025 |
| Currency Translation | 500 |
| Gain or Loss on Asset Disposals | 0 |
| Telephone | 1,000 |
| Travel Costs | 1,000 |
| Meals and entertainment | 500 |
| Maintenance and repairs | 1,000 |
| Utilities | 1,500 |
| Employee training | 0 |
| Donations | 0 |
| Employee Benefits | 13,424 |
| Delivery expenses | 33,750 |
| Other taxes | 2,000 |
| Miscellaneous and other expenses | 2,000 |
| Warranty expenses | 0 |
| **Total SG&A Expenses** | 194,878 |
| **Net Income (Loss)** | 18,085 |

* Estimated, based upon receivables

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

FLORIDA SECURED TRANSACTION REGISTRY
# FILED
2015 Mar 26 10:35 AM
Fil****** 201503339066 ******

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)** 266066 - LSQ FUNDING

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

47309634

FLFL

File with: Department of State, FL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PINNACLE GROUP, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 12175 NW 39th St. | Coral Springs | FL | 33065 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LSQ Funding Group, L.C. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2600 Lucien Way, Suite 100 | Maitland | FL | 32751 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL PRESENT AND FUTURE ASSETS OF DEBTOR.

NOTICE - PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS BY SUCH ENCUMBRANCER.

IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S. have been paid

☒ Florida documentary stamp tax is not required

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
47309634        21097

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

Ex "A"

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2015 Mar 26 10:35 AM
****** 201503341516 ******

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   22041 - CROSSROADS

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

47312494
FLFL

File with: Department of State, FL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: PINNACLE GROUP, LLC

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12175 NW 39TH Street | Coral Springs | FL | 33065 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: PINNACLE GROUP, LLC

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Prologis Park 20-35, Bldg 2, 2100 Danieldale Rd Ste 140 | Lancaster | TX | 75134 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Crossroads Financial Group, LLC

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 200 S College Street, Suite 1400 | Charlotte | NC | 28202 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor, now existing and hereafter arising, wherever located.

NOTICE-PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS BY SUCH ENCUMBRANCER.

IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, INVENTORY, CHATTEL PAPER OR

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid
☒ Florida documentary stamp tax is not required

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
47312494          Paradigm

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

Ex "B"

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **PINNACLE GROUP, LLC**

OR

9b. INDIVIDUAL'S SURNAME:

FIRST PERSONAL NAME:

ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:

OR

10b. INDIVIDUAL'S SURNAME:

INDIVIDUAL'S FIRST PERSONAL NAME:

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

10c. MAILING ADDRESS:    CITY:    STATE:    POSTAL CODE:    COUNTRY:

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:

OR

11b. INDIVIDUAL'S SURNAME:    FIRST PERSONAL NAME:    ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

11c. MAILING ADDRESS:    CITY:    STATE:    POSTAL CODE:    COUNTRY:

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS: 47312494-FL-0  22041 - CROSSROADS FINANCIAL    Crossroads Financial Group, LLC    File with: Department of State, FL    Paradigm

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional):
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

102262474 - 388380
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida
(S.O.S.)

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2015 Jul 14 10:49 AM
****** 201504403523 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | PINNACLE GROUP, LLC | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 12175 NW 39TH ST | CITY Coral Springs | STATE FL | POSTAL CODE 33065 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | Corporation Service Company, as Representative | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS PO Box 2576 uccsprep@cscinfo.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
Florida Documentary Stamp Tax is not required.
All of the following property that is now or hereafter at any time used in connection with (without regard to the duration of the period of such use), or now or at any time relates to or arises as a result of, the operation of the Debtor's business:

(i)    all of the Debtor's inventory, including all goods, merchandise, raw materials, supplies and other tangible personal property, now owned or hereafter acquired, and all documents now and at any times covering or representing any of said property;

(ii)    all of Debtor's accounts, accounts receivable, contract receivables, contract rights, notes, drafts, acceptances, instruments, chattel paper, payment intangibles and general intangibles, and all guarantees and suretyship agreements relating thereto and all security for payment thereof, now and hereafter existing or arising; and

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

M40    102262474

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

Ex "C"

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**PINNACLE GROUP, LLC**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
(iii) all of Debtor's equipment, including all furniture, furnishings, machinery, fixtures, storage shelves and other goods used in the conduct of Debtor's business, including, but not limited to, all motor vehicles and rolling stock, now owned or hereafter acquired; together with (a) all increases, parts, fittings, accessories, equipment, special tools and accessions now or hereafter attached thereto or used in connection therewith, and any and all replacements of all or any part thereof; (b) any profits now or hereafter acquired from or through any of the foregoing; (c) any products now or hereafter acquired from or through any of the foregoing; (c) any products now or hereafter manufactured, processed,

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**PINNACLE GROUP, LLC**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
encumbrance of the Covered Collateral shall constitute a breach by the Debtor of the terms of the contract between Debtor and Secured Party. Any third party that further encumbers the Covered Collateral in whole or in part, purchases the Covered Collateral in whole or in part, or otherwise takes receipt of any rights to the Covered Collateral in whole or in part and who has or should have knowledge of this Financing Statement or the restrictions in the contract between Debtor and Secured Party shall be tortiously interfering with the contract between Debtor and Secured Party and shall be liable to Secured Party for any damages suffered as a result of the interference.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable).

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**PINNACLE GROUP, LLC**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
assembled or commingled from any of the foregoing; and (d) any and all proceeds received should any of the foregoing be sold, exchanged, collected or otherwise disposed of.

Notice is hereby provided that pursuant to a contract between Debtor and Secured Party, Debtor has agreed that the collateral described herein ("Covered Collateral") will not, after the date of the filing of this UCC Financing Statement, be sold, transferred or further encumbered while this UCC Financing Statement is in effect. The sale, transfer or further

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

"PROPOSED"
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-13519-JKO
CHAPTER 11

PINNACLE GROUP, LLC,

Debtor.
_____/

### *INTERIM* ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING USE BY DEBTOR OF CASH COLLATERAL AND CONTINUING HEARING (ECF ___ )

This matter came before the Court for hearing on _____ in Ft. Lauderdale, upon the Debtor's Emergency Motion for Order Authorizing Use of Cash Collateral (ECF ____), and the Court having heard argument of counsel, and for the reasons stated on the record, it is:

ORDERED AND ADJUDGED that:

1. The Motion is CONTINUED to _____

2. The Debtor in Possession is authorized to use Cash Collateral for reasonable day-to-day expenses within a 10% variance on an interim basis to avoid irreparable harm

to the Debtor.

4. Pursuant to this Court's guidelines on cash collateral motions, any adequate protection provided to creditors are subject and subordinate to fees due to theCclerk of the Court or the United States Trustee pursuant to 28 U.S.C. §1930.

5. LSQ FUNDING GROUP L.C. shall have, *nunc pro tunc* as of the petition date, an administrative expense claim pursuant to §§507(a)(2) and 503(b) of the Bankruptcy Code for the diminution in the "Cash Collateral" resulting by and through Debtor's use thereof. However, Debtor is not waiving any rights to object to the amount of such claim should one be asserted, or to the value of the collateral on the date of filing.

6. RAPID ADVANCE is not waiving any rights as to its alleged interest in any Cash Collateral herein but in the interest of preserving the bankruptcy estate and to assist the Debtor in its day-to- day operations, is agreeable to the Debtor's use of Cash Collateral on an interim basis.

5. To adequately protect the secured creditor in connection with the use by the Debtor of Cash Collateral and any other property upon which security interests and liens have been previously granted by the Debtor to the secured creditors, the Court hereby confirms the grant, assignment and pledge by the Debtor to the secured creditor of a post-petition security interest and lien (of the same validity, extent and priority as the secured creditor's pre-petition security interests) in the secured creditor's pre-petition collateral in and to (a) all proceeds from the disposition of any of the Cash Collateral, and (b) any and all of its goods, property, assets and interests in property in which the secured creditor held a lien or security interest prior to the petition date, whether now existing and/or owned and hereafter arising and/or acquired and wherever located by the Debtor, and proceeds

thereof. The security interests and liens granted in the post-petition collateral hereby shall be valid, perfected and enforceable security interests and liens on the collateral without further filing or recording of any document or instrument or any other actions. Nothing in this Order shall be construed as an improvement of the secured creditor's security or security interest as of the date of the filing of the petition. The replacement lien shall not apply to any funds recovered by the Estate pursuant to avoidance actions arising under §§542 through 550 of the Bankruptcy Code.

### ###

Submitted by:

Jordan L. Rappaport, Esquire
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
1300 N. Federal Highway, Suite 203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350

Jordan L. Rappaport, Esq. is directed to serve a copy of this order to all interested parties and file a certificate of service.

SERVICE LIST:

LSQ FUNDING GROUP L.C.
2600 Lucien Way, Suite 100
Maitland, FL 32751
Barbara Sinsley, Esquire - bsinsley@lsq.com
KFowler@foley.com
BShelley@foley.com


CROSSROADS FINANCIAL GROUP, LLC
200 S. College Street, Suite 1400
Charlotte, NC 28202


RAPID ADVANCE
4500 East West Highway, 6th Floor
Bethesda, MD 20814
Anthony Giuliano, Esquire - afg@pryormandelup.com


Attached Matrix

```
Label Matrix for local noticing            Pinnacle Group, LLC                       A and M Tape and Packaging
113C-0                                     5205 NW 108 Avenue                        5201 Nob Hill Rd.
Case 19-13519-JKO                          Sunrise, FL 33351-8044                    Sunrise, FL 33351-4713
Southern District of Florida
Fort Lauderdale
Wed Mar 20 10:46:06 EDT 2019

AAA Cooper Transportation                 AT and T                                  Alltrans Freight and Logistics LLC
POB 935003                                 POB 105262                                POB 16408
ATLANTA, GA 31193-5003                     Atlanta, GA 30348-5262                    Dubai, UAE


American Express                           Atlantic Import and Export Corp           Atlantic Rack
POB 53852                                  220-B Meister Ave                         5255 NW 163rd St
Pheonix, AZ 85072-3852                     Branchburg, NJ 08876-6045                 Miami Gardens, FL 33014-6225


Bad Ass Battery                            Bottom Line Parts                         Ceva International Inc - MIA
3417 Newgate St                            7164 NW 66th Ter                          POB 660367
Midlothian, TX 76065-8719                  Parkland, FL 33067-4737                   Carol Stream, IL 60132-2309


Coral Springs International                Crossroads Financial Group, LLC           Dallas Container Corp.
12175 NW 39th                              200 S College St, #1400                   8330 Endicott Ln
Coral Springs, Florida 33065-2518          Charlotte, NC 28202-2098                  Dallas, TX 75227-2305


Dependable Packaging                       Diligent Delivery Systems                 FPL - Sunrise
5255 NW 159th St                           POB 4168                                  FPL General Mail Facility
Miami Gardens, FL 33014-6217               Houston, TX 77210-4168                    Miami, FL 33188-0001


Flexential                                 Franchise Tax Board                       Fremont Automobile Dealership, LLC
POB 530619                                 POB 942857                                dba Fremont Toyota
Atlanta, GA 30353-0619                     Sacramento, CA 94257-2021                 c/o Berliner Cohen, LLP
                                                                                     10 Almaden Blvd. 11th FL
                                                                                     San Jose, CA 95113-2226


Fremont Toyota                             Genuine Parts Warehouse                   GlobalTranz Enterprises, Inc
5851 Cushing Pkwy                          32920 Alvarado-Niles Rd #200              POB 203285
Fremont, CA 94538-3291                     Union City, CA 94587-8102                 Dallas, TX 75320-3285


Internal Revenue Service                   James Campbell Company, LLC               LANDSTAR RANGER
Central Insolvency Operation               POB 83164                                 POB 784293
POB 7346                                   Chicago, IL 60691-0164                    Philadelphia, PA 19178-4293
Philadelphia, PA 19101-7346


LSQ Funding Group, LC                      Landsberg - Dallas                        Lilly and Associates Int'l
2600 Lucien Way, #100                      POB 731575                                11440 NW 122nd St
Maitland, FL 32751-7064                    Dallas, TX 75373-1575                     Medley, FL 33178-3260
```

| | | |
|---|---|---|
| Maersk Line<br>9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PREMIER WEST, LLC<br>12490 MAGNOLIA AVE., SUITE G<br>RIVERSIDE, CA 92503-4719 |
| Peopleready<br>1015 'A' St<br>Tacoma, WA 98402-5122 | R and L Carriers<br>POB 10020<br>Port William, OH 45164-2000 | REYNA CAPITAL CORPORATION<br>21175 Network Pl<br>CHICAGO, IL 60673-1211 |
| RR Donnelley Logistics Services Worldwid<br>POB 932721<br>Cleveland, OH 44193-0015 | Rayna Capital<br>One Reynolds Way<br>Ketterings, OH 45430-1586 | Republic Services 794<br>POB 78829<br>Phoenix, AZ 85062-8829 |
| Reynolds and Reynolds Company<br>POB 182206<br>COLUMBUS, OH 43218-2206 | SAIA<br>POB 730532<br>Dallas, TX 75373-0532 | SalSon<br>888 Doremus Ave<br>Newark, NJ 07114-3026 |
| Ship Transportal<br>575 Davidson Gateway<br>Davidson, NC 28036-7035 | Shoppas Material Handling<br>15217 Grand River Rd<br>Ft. Worth, TX 76155-2731 | Small Business Administration<br>POB 740192<br>Atlanta, GA 30374-0192 |
| South Florida Container Terminal<br>9300 Arrowpoint Blvd.<br>Charlotte, North Carolina 28273-8136 | Stride Staffing<br>POB 832920<br>Richardson, TX 75083-2920 | Total Pallet Solutions, LLC<br>POB 12446<br>Fort Worth, TX 76110-8446 |
| Total Quality Logistics<br>POB 634558<br>Cincinnati, OH 45263-4558 | U.S. Small Business Administration<br>SBA Treasury Collection<br>Little Rock Commercial Loan Svcg Ctr<br>2120 Riverfront Dr #100<br>Little Rock, AR 72202-1794 | US Customs and Border Protection<br>POB 53007<br>Atlanta, GA 30355 |
| Uber Freight<br>POB 74007178<br>Chicago, IL 92580-6944 | XPO Logistics Freight, Inc.<br>29559 Network Pl<br>Chicago, IL 60673-1559 | Jordan L Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53