UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PINNACLE GROUP, LLC,                              CASE NO. 19-13519-JKO
                                                  CHAPTER 11

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

    In compliance with Administrative Order 05-1, the Debtor-in-Possession PINNACLE GROUP, LLC, files this Chapter 11 Case Management Summary and states:

    The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions[1].

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

    March 19, 2019.

2. Names, case numbers and dates of filing of related debtors:

    Paradigm Gateway International, Chapter 11, Case No. 19-13520-EPK filed March 19, 2019. Partes Munda Sa, Inc., Chapter 11, Case No. 19-13521-RBR filed March 19, 2019.

3. Description of debtor's business:

    Debtor sells auto parts nationally and internationally.

4. Locations of debtor's operations and whether the business premises are leased or owned:

    Debtor rents space at 5205 NW 108 Avenue, Sunrise, FL 33351. Debtor is current

5. Reasons for filing chapter 11:

    Reorganization

---

[1] In addition, due to the emergency filing of this case, the information provided herein is based upon information available as of the date of this filing and is subject to change upon the completion of the balance of the schedules.

LF-93 (rev. 12/01/09)

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   Dennis Wilburn, Managing Member.  Approximate annual salary $26,000.00

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition is:

   January 1, 2018 to December 31, 2018 gross income - $10,309,028.87
   January 1, 2019 to February 28, 2019 gross income - $1,365,776.03

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   Debtor does not have any outstanding tax liabilities at this time

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

   LSQ FUNDING GROUP, L.C. - The amount being factored by LSQ FUNDING GROUP L.C. is approximately $750,954.00 in unpaid invoices with $623,169.34 in outstanding funds.

   RAPID ADVANCE – owed approximately $244,000.00

   c. Amount of unsecured claims: approximately $2.6M

9. General description and approximate value of the debtor's assets:

   Approximately $750,000.00, which includes accounts receivable, inventory, prepayment to suppliers.  This estimate includes a write down on the value of inventory and receivables plus prepayments to suppliers.  Debtor is in the process of preparing more accurate information for its schedules, as well as continuing to investigate the liquidation value of its inventory.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    Professional Liability Insurance: Travelers Property Cas. Co. of America: Policy Number Y6605E968073TIL18, Each occurrence $1,000.000.00, Damage to rented premises $100.000.00 each occurrence; Medical Expenses $5,000.00 any one person; Personal and Adv Injury $1,000,000.00; General Aggregate $2,000,000.00; Products – Comp/OP

AGG $2,000.000.00.

Automobile Liability Insurance: Travelers Indemnity Co of Connecticut: Policy Number BA6E14289918CAG, Combined single limit $1, 000,000.00 each occurrence

Umbrella/Excess Liability Insurance: Umbrella/Excess Liability Insurance Policy Number YSMCUP5E968073TIL18, each occurrence $4,000,000.00, Aggregate $4,000,000.00

Marine Cargo Coverage: Underwriters at Lloyds: Policy Number 17N33795008, $250, 000.00 any 1 sending.

11. Number of employees and amounts of wages owed as of petition date:

9 full time employees, 4 temporary workers and 2 subcontractors. Approximately $32,000.00 in payroll is due.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

Debtor has no outstanding tax liabilities.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

Permission to use cash collateral, authorization to pay prepetition wages, permission to allow intra-company transfers, joint administration with related entities set forth above, approval of employment of counsel

PINNACLE GROUP, LLC

By: /s/ _____
    PARADIGM GATEWAY INTERNATIONAL,
    INC., SOLE MEMBER
    DENNIS WILBURN, PRESIDENT

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all those enumerated on the attached the 22nd day of March, 2019.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

LF-93 (rev. 12/01/09)

        RAPPAPORT OSBORNE & RAPPAPORT, PLLC
        Attorneys for Debtor
        Suite 203, Squires Building
        1300 North Federal Highway
        Boca Raton, Florida 33432
        Telephone: (561) 368-2200

        BY:_____/s/_____
            JORDAN L. RAPPAPORT, ESQ.
            FL Bar No. 108022

Service List:

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

LF-93 (rev. 12/01/09)