B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re: PINNACLE GROUP, LLC          Case No.  19-13519-JKO

        Debtor                                     Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF PINNACLE GROUP, LLC, INC, HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

      This is the report as of April 9, 2019 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Pinnacle Group, LLC. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|----------------|------------------------|-------|
| N/A | | |
| N/A | | |
| N/A | | |
| N/A | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

      Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Pinnacle Group, LLC, Inc. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:  __4/9/2019_____

/s/ Dennis Wilburn
_____
Signature of Authorized Individual

Paradigm Gateway International., Sole member /s/ Dennis Wilburn
_____
Name of Authorized Individual

President
_____
Title of Authorized Individual